UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:14CR253-RJC |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL F. EGAN, III | ) | |
| | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Unopposed Motion To Extend Pretrial Motion Deadline" (Document No. 11) filed March 10, 2015. Based on the circumstances described in Defendant's motion, the Court finds good cause for extending the pretrial motion deadline in this case.

**IT IS, THEREFORE, ORDERED** that "Defendant's Unopposed Motion To Extend Pretrial Motion Deadline" (Document No. 11) is **GRANTED**. Defendant shall have up to and including **April 14, 2015** to file pretrial motions in this case.

Signed: March 11, 2015

David C. Keesler
United States Magistrate Judge