UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:14-cr-00253-RJC |
| | ) | |
| | ) | **RESPONSE** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| **MICHAEL F. EGAN III** | ) | |
| _____ | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION TO CONTINUE THE TRIAL DATE

Now comes the United States by and through Acting United States Attorney Jill Westmorland Rose and responds to Defendant's Motion to Continue filed on March 10, 2015, as follows:

1.      On or about September 5, 2014, the United States issued a Grand Jury subpoena to Robbie Bragg as part of its investigation into the fraudulent activities of Michael Egan.

2.      On or about October 21, 2014, Bragg's out of town counsel produced less than 200 pages of documents in response to the subpoena.

3.      On about December 16, 2014, defendant was indicted by the Grand Jury sitting in Charlotte, NC.

4.      Discovery was made available to defendant on or about January 21, 2015.

5.      On or about December 30, 2014, Bragg retained new counsel, Frederick Winiker, who reviewed the Grand Jury subpoena and promptly informed the United States that Mr. Bragg had additional responsive documents in the form of emails.

6.      On or about February, 18, 2015, through counsel, Mr. Bragg produced 97,391 pages of emails and documents to the United States.

7.      After receiving the new discovery, the United States promptly began processing the documents for production to defendant's counsel.

8.      Due to the volume of electronic evidence, the production took some time to process and complete. The additional discovery was made available to counsel on or about March 5, 2015.

10.     Based on the Government's review of the additional discovery, it appears that there are many documents that are relevant and material to the ongoing litigation.

11.     Based on the timing, volume, and content of this additional discovery, the United States does not object to a continuance in this matter.

Respectfully submitted, this the 16th day of March, 2015

JILL WESTMORELAND ROSE
ACTING UNITED STATES ATTORNEY
/s Kevin Zolot
Kevin Zolot
Assistant U.S. Attorney
Bar: North Carolina #46550
Attorney for the Plaintiff/Government
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, NC 28202
(704) 338-3167
(704) 227-0254 Fax

## CERTIFICATE OF SERVICE

This certifies that on March 16, 2015, I served defense counsel, Mark Foster, a with copy of this Motion by ECF automatic distribution.